PHILLIP A. TALBERT
United States Attorney
AUDREY HEMESATH
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jul 17, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 3845 MARYSVILLE BLVD., SACRAMENTO, CALIFORNIA 95838 | CASE NO. 2:23-sw-1073 JDP<br><br>[PRPOPSED] ORDER |

Upon request of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are hereby ordered, unsealed, except for the affidavit in support of the search warrant application, which shall remain under seal.

IT IS FURTHER ORDERED that the redacted version of the affidavit in support of the search warrant application attached as Exhibit A to the United States' Request to Unseal Search Warrant Materials be made part of the record in this case.

Dated: July 17, 2024

THE HONORABLE CHI SOO KIM
United States Magistrate Judge

[PROPOSED] ORDER

1